**JS-6**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ZUBAID IBRAHIM AL JARMI, | Case No. 5:25-cv-00626-MCS-MBK |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN E. RICOLCOL, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed without prejudice.

Dated: November 21, 2025

_____
HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE